# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3389
_____

Dale L. Oyer, Transferee,        *
         *
        Appellant,       *
         *
     v.        *
         *
Commissioner of Internal    *
Revenue Service,        *
         *
        Appellee.      *


_____         Appeals from the United States
         Tax Court.
No. 03-3390

_____         [UNPUBLISHED]

Acme Leasing Trust, Transferee,  *
         *
        Appellant,       *
         *
     v.        *
         *
Commissioner of Internal    *
Revenue Service,        *
         *
        Appellee.      *

_____

No. 03-3391
_____

ABC Seamless Trust, Transferee,    *
    *
       Appellant,    *
    *
    v.    *
    *
Commissioner of Internal    *
Revenue Service,    *
    *
       Appellee.    *


_____

No. 03-3392
_____

Shirley J. Oyer, Transferee,    *
    *
       Appellant,    *
    *
    v.    *
    *
Commissioner of Internal    *
Revenue Service,    *
    *
       Appellee.    *

_____

Submitted: April 16, 2004

Filed: May 20, 2004
_____

Before MORRIS SHEPPARD ARNOLD, MAGILL, and MURPHY, Circuit Judges.
_____

PER CURIAM.

This is an appeal from the Tax Court's order granting summary judgment in favor of the Internal Revenue Service in taxpayers' suit challenging the IRS's determination that they were liable as transferees for taxes in the amount of approximately $90,000. The Tax Court held, *inter alia*, that the doctrine of *res judicata* barred taxpayers from contesting the amount owed because the court had previously entered stipulated decisions against taxpayers that determined the taxes that are the subject of the dispute here.

We have carefully examined the record and conclude that the Tax Court correctly applied the doctrine of *res judicata* in this case. We therefore affirm on the basis of its well-reasoned decision. *See* 8th Cir. R. 47B.

_____